HELEN DEXTER et al., Respondents, *v.* GILBERT D. FISHER, Appe lant.

Submitted October 5, 1939; decided October 20, 1939.

*Herbert F. Hastings, Jr.*, for appellant.
*Morris L. Mossew* and *Jacob Y. Becker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.